UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00560-GAF (VBKx) | Date | April 9, 2013 |
|---|---|---|---|
| Title | Bruce Rorty v. Quicken Loans, Inc., et al. | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | |
|---|---|---|
| Roxanne Horan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**   **TENTATIVE DECISION REGARDING DEFENDANT'S MOTION TO COMPEL DISCOVERY**

The Court has read and reviewed the following documents: "Defendant Quicken Loans' Notice of Motion and Motion to Compel Production of Documents and Responses to Interrogatories and Memorandum of Points and Authorities in Support Thereof" and "Declaration of Heather Shook in support of Defendant Quicken Loans' Motion to Compel Production of Documents and Responses to Interrogatories."

Plaintiff has failed to participate in the required meet and confer procedures set out in Local Rule 37, despite having been provided with proper notice by Defendant. (See Declaration of Heather Shook, at Exhibits ["Exs."] J and K.)

The discovery sought by Defendant Quicken Loans, Inc. ("Quicken") is relevant within the meaning of Rule 26 of the Federal Rules of Civil Procedure. The objections served by Plaintiff are without merit. Quicken is entitled to fulsome responses to its discovery.

Plaintiff has failed to timely participate not only in the meet and confer efforts, but has, likewise, failed to participate in the preparation of a Joint Stipulation, which is also required by Local Rule 37.

Consequently, the Court's Tentative Decision is to **GRANT** in full Quicken's Motion, and to require Plaintiff to provide complete responses within ten (10) days of the date of a final Order on this Motion, without objection, to the Interrogatories and Requests for Production of Documents. Further, because of Plaintiff's failure to participate in the Local Rule 37 procedures, pursuant to Local Rule 37-4, the Court intends to sanction Plaintiff for the full amount of attorney's fees thus far expended by Quicken in bringing this Motion, which amounts to $6,663.36, which the Court finds to be reasonable (see id., ¶ 20), and in addition, attorney's fees and costs to be expended by Quicken for the appearance at the hearing on this Motion.

Unless excused, counsel for Quicken and Plaintiff, who is pro se, will appear at the hearing on April 30, 2013 at 10:00 a.m.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-00560-GAF (VBKx) | Date | April 9, 2013 |
|---|---|---|---|
| Title | Bruce Rorty v. Quicken Loans, Inc., et al. | | |

If Plaintiff provides complete discovery responses to Quicken before the date of the hearing on this Motion, the Court may reconsider its Tentative Decision awarding sanctions.

This Tentative Decision is provided for the assistance of counsel in preparation for the hearing in this matter. It may not be cited in this or any other case for any purpose. No supplemental documents may be filed with the Court unless they are timely and in compliance with Local Rule 37-2.3. Supplemental documents may not exceed five (5) pages, including exhibits. Courtesy copies of all supplemental documents will be delivered to chambers. If both counsel wish to submit on this Tentative Decision, they should notify the Court Clerk. The matter will be taken off-calendar, and a final decision will be issued consistent with this Tentative Decision.

**IT IS SO ORDERED**.

|  | : |  |
|---|---|---|
| Initials of Preparer | RH | |