| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| 2 | James G. Snell (SBN 173070)<br>james.snell@bingham.com |
| 3 | John A. Polito (SBN 253195)<br>john.polito@bingham.com |
| 4 | 1117 S. California Avenue<br>Palo Alto, CA  94304-1106 |
| 5 | Telephone:  650.849.4400<br>Facsimile:  650.849.4800 |
| 6 | MORGANROTH & MORGANROTH PLLC |
| 7 | Jeffrey B Morganroth *(Pro Hac Vice)*<br>jmorganroth@morganrothlaw.com |
| 8 | 344 North Old Woodard Avenue Suite 200<br>Birmingham, MI 48009 |
| 9 | Telephone:  248-864-4000 |
| 10 | Attorneys for Defendant<br>QUICKEN LOANS, INC. |
| 11 | |
| 12 | Bruce Rorty<br>1715 Via El Prado Suite 744 |
| 13 | Redondo Beach, CA  90277 |
| 14 | Plaintiff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Bruce Rorty,<br><br>             Plaintiff,<br><br>      v.<br><br>Quicken Loans, Inc., a Michigan corporation, Go Apply LLC, a Nevada LLC; LeadPoint, Inc., a Delaware corporation, sued as Doe 27; JSB Global Services, a business organization, form unknown, sued as Doe 28; Debt Defense Services, LLC, a Maryland LLC, sued as Doe 51; and DOES 1 to 100,<br><br>             Defendant. | No. 2:12-CV-00560 GAF(VBKx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER

**PURSUANT TO STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING THEREFORE, THE COURT HEREBY ORDERS** that the Parties' Stipulated Protective Order be entered as an Order of this Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  __April 29, 2013__                                    /s/
                                                                    Hon. Victor B. Kenton
                                                              United States Magistrate Judge

---

[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER