Joshua D. Mackenroth, Esq. (SBN 166970)
Law Office of Joshua D. Mackenroth, APC
2534 State Street, Suite 407
San Diego, CA 92101
(619) 516-8180 Phone
(888) 503-0665 Fax
sdlawyerhelp@gmail.com

Attorney for Defendant Leadpoint, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRUCE RORTY,<br><br>Plaintiff,<br><br>-vs-<br><br>QUICKEN LOANS, INC., GO APPLY LLC, LEADPOINT, INC., JSB GLOBAL SERVICES, DEBT DEFENSE SERVICES, LLC and DOES 1 to 100;<br><br>Defendants. | Case No. CV-12-00560 BRO-VBK(x)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>Judge Beverly Reid O'Connell |

Plaintiff and defendant Leadpoint, Inc. file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Bruce Rorty; defendant is Leadpoint, Inc.
2. On November 28, 2011 Plaintiff sued defendant in the First Amended Complaint.
3. Plaintiff moves to dismiss all defendants in this action without prejudice, except as to defendants Leadpoint, Inc. and Debt Defense Services, LLC, which are dismissed <u>with</u> prejudice.

4. Defendant Leadpoint Inc., who was served but has not yet appeared in this action, agrees to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

Dated: September 4, 2013

By: *[signature]*
Plaintiff, Bruce Rorty

Dated: September 4, 2013

Law Office of Joshua D. Mackenroth, APC

By: *[signature]*
Joshua D. Mackenroth, Esq.
Attorney of Record for Leadpoint, Inc.