Joshua D. Mackenroth, Esq. (SBN 166970)
Law Office of Joshua D. Mackenroth, APC
2534 State Street, Suite 407
San Diego, CA 92101
(619) 516-8180 Phone
(888) 503-0665 Fax
sdlawyerhelp@gmail.com

Attorney for Defendant Leadpoint, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRUCE RORTY,<br><br>    Plaintiff,<br>    -vs-<br><br>QUICKEN LOANS, INC., GO APPLY LLC, LEADPOINT, INC., JSB GLOBAL SERVICES, DEBT DEFENSE SERVICES, LLC and DOES 1 to 100;<br><br>    Defendants. | Case No. CV-12-00560 BRO-VBK(x)<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>Judge Beverly Reid O'Connell |

After considering the parties' stipulation of dismissal filed September 4th, 2013, the Court hereby GRANTS the dismissal as follows:

1.    The court dismisses defendants Leadpoint, Inc. and Debt Defense Services, LLC <u>with</u> prejudice;

2.    The court dismisses all remaining defendants <u>without</u> prejudice.

**IT IS SO ORDERED.**

Dated:  September 10, 2013        _____
                                                          HONORABLE BEVERLY REID O'CONNELL
                                                          UNITED STATES DISTRICT COURT JUDGE

- 1 -
**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL**
Case No. CV-12-00560 BRO-VBK(x)